JANUARY 5, 1953.

No. 181. CLEMENTS, COMMISSIONER OF WILD LIFE AND FISHERIES OF LOUISIANA, v. GOSPODONOVICH ET AL.

Appeal dismissed on motion of all of the parties. *John J. Finnorn* for appellant.

No. 275, Misc. DUNLAP v. WARDEN, TEXAS PRISON. Motion for leave to file petition for writ of certiorari denied.

No. 440. UNITED STATES v. GILBERT ASSOCIATES, INC. Supreme Court of New Hampshire. Certiorari granted. *Acting Solicitor General Stern* for the United States.

No. 248. UNITED STATES v. PRICE. Court of Claims. Certiorari denied. *Philip B. Perlman,* then Solicitor General, for the United States. *Samuel T. Ansell* for respondent.

No. 249. UNITED STATES v. WATERBURY. Court of Claims. Certiorari denied. *Philip B. Perlman,* then Solicitor General, for the United States. *Samuel T. Ansell* for respondent.

No. 250. UNITED STATES v. PARTRIDGE, EXECUTRIX. Court of Claims. Certiorari denied. *Philip B. Perlman,* then Solicitor General, for the United States. *Samuel T. Ansell* for respondent.